SAMUEL D. SERINA, an Infant, by ANGELO SERINA, His Guardian ad Litem, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

ANGELO SERINA, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

(Argued January 14, 1935; decided February 26, 1935.)

*Sol Gelb* for appellants.

*Henry J. Smith* and *Joseph L. Zelaskow* for respondent.

In each case, judgment reversed and new trial granted, with costs to abide the event. Held, that on the evidence there was a question of fact to be submitted to the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.